**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case |
| UNIMEX CORPORATION, | ) | No. 20-12535-BFK |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JOLENE E. WEE, PLAN TRUSTEE OF UNIMEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 24-01044-BFK |
| | ) | |
| WEIWEI JIAN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEFAULT UNDER SETTLEMENT AGREEMENT**

Plaintiff, Jolene E. Wee, Plan Trustee ("Trustee") provides this Notice of Default pursuant to that certain Settlement Agreement among the Trustee, Defendant Weiwei Jian, Buffer Zone, LLC and Gold Creek Properties (collectively, "Jian") stating to the Court as follows:

1. In March 2024, Jian and the Trustee entered into a certain Settlement Agreement, which was approved by this Court in connection with Adversary Proceeding No. 22-01958-BFK.

2. The terms of the Settlement Agreement, among other things, required Jian to make periodic payments to the Trustee in the total amount of $237,500.00.

3. Jian has failed to comply with the terms of the Settlement Agreement, and August 23, 2024, the Trustee commenced this adversary proceeding.

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
901 15th Street NW, Suite 1200
Washington, DC 20005
(202) 689-2800
*Counsel to the Plan Trustee*

4. On October 4, 2024, the parties stipulated to the dismissal of this adversary proceeding, which modified the Settlement Agreement to provide, among other things that the 30-day notice and cure period set forth in the Settlement Agreement was stricken and replaced, allowing the Trustee to immediately pursue judgment against Jian as expressly set forth therein.

5. $17,187.43 remains due and owing under the Settlement Agreement.

6. Notwithstanding the foregoing, the Trustee provides notice that should Jian fail to pay $17,187.43 within thirty days of this Notice the Trustee will commence litigation to collect all sums, including interest at eighteen percent (18%) from the date of default.

Respectfully submitted,

JOLENE E. WEE, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
901 15th Street NW, Suite 1200
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By: /s/ Dylan G. Trache
Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Plan Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October 2026, a copy of the foregoing was delivered by email and first class mail, postage prepaid, to:

Maurice B. VerStandig, Esq.
The Verstandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854
mac@mbvesq.com

WeiWei Jian
21351 Gentry Dr.
Suite 130
Sterling, VA 20166
weiwei.jian@gmail.com

/s/ Dylan G. Trache
Dylan G. Trache